In the Matter of the Voluntary Dissolution of the SOCIETY OF JUSTICE, INC., Appellant.

THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

*Corporations — voluntary dissolution — notice to attorney-general of application for order to show cause necessary.*

*Matter of Society of Justice, Inc.,* 201 App. Div. 851, affirmed.

(Argued May 29, 1922; decided June 13, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1922, which affirmed an order of Special Term denying a motion for an order of dissolution on the ground of failure to serve the attorney-general with notice to show cause. The following questions were certified: " 1. Is service upon the attorney-general of the state of New York of notice of the application for an order to show cause under section 170 of the General Corporation Law necessary to give the Supreme Court jurisdiction of a special proceeding instituted to dissolve a membership benevolent corporation? 2. Was

the court without jurisdiction to grant the relief asked for by the petitioners herein? "

*Allen Caruthers* for appellant.

*Charles D. Newton,* Attorney-General (*Charles P. Robinson* of counsel), for respondent.

Order affirmed, with costs. Both questions certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.